SRP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6118**
18 U.S.C. 1344
18 U.S.C. 2

**CR-FERGUSON**

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA,    :

        PLAINTIFF,    :

v.    :

GEORGE GOULD,    :

        DEFENDANT.    :

FILED by _____ D.C.
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNTS 1-24

On or about the dates specified below, in Broward County, in the Southern District of Florida, the defendant,

### GEORGE GOULD,

did knowingly and willfully devise and execute a scheme and artifice to defraud and to obtain monies and funds of NationsBank/Bank of America, a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, in that the defendant, using the assumed name of Jean Nelzi, cashed counterfeit checks at NationsBank/Bank of America as specified below:



Executions of the Scheme and Artifice

| COUNT | DATE OF TRANSACTION | DESCRIPTION OF COUNTERFEIT CHECK | AMOUNT |
|---|---|---|---|
| 1 | 12/03/98 | KOHN AND COMPANY ACCT NO. 3601289652 | $655.75 |
| 2 | 12/03/98 | KOHN AND COMPANY ACCT NO. 3601289652 | $654.06 |
| 3 | 12/03/98 | KOHN AND COMPANY ACCT NO. 3601289652 | $652.10 |
| 4 | 12/03/98 | KOHN AND COMPANY ACCT NO. 3601289652 | $653.79 |
| 5 | 12/04/98 | KOHN AND COMANY ACCT NO. 3601289652 | $650.89 |
| 6 | 12/09/98 | ERIC C. SCHERTZER ACCT NO. 3871530822 | $680.25 |
| 7 | 12/09/98 | ERIC C. SCHERTZER ACCT NO. 3871530822 | $683.15 |
| 8 | 12/09/98 | ERIC C. SCHERTZER ACCT NO. 3871530822 | $687.48 |
| 9 | 12/09/98 | ERIC C. SCHERTZER ACCT NO. 3871530822 | $682.90 |
| 10 | 12/09/98 | ERIC C. SCHERTZER ACCT NO. 3871530822 | $684.39 |
| 11 | 12/09/98 | ERIC C. SCHERTZER ACCT NO. 3871530822 | $685.29 |
| 12 | 12/09/98 | ERIC C. SCHERTZER ACCT NO. 3871530822 | $681.55 |
| 13 | 12/10/98 | ERIC C. SCHERTZER ACCT NO. 3871530822 | $686.10 |
| 14 | 12/23/98 | TEXAS CHILDREN'S HEALTH PLAN ACCT NO. 2330027946 | $688.37 |
| 15 | 01/07/99 | CARPENTER GROUP TITLE INS. ACCT NO. 3871252864 | $703.00 |
| 16 | 01/07/99 | CARPENTER GROUP TITLE INS. ACCT NO. 3871252864 | $703.00 |
| 17 | 01/07/99 | CARPENTER GROUP TITLE INS. ACCT NO. 3871252864 | $703.00 |
| 18 | 01/08/99 | PROFESSIONAL EMPLOYER RESOURCES ACCT NO. 2835773563 | $651.25 |
| 19 | 01/08/99 | PROFESSIONAL EMPLOYER RESOURCES ACCT NO. 2835773563 | $652.57 |
| 20 | 01/08/99 | PROFESSIONAL EMPLOYER RESOURCES ACCT NO. 2835773563 | $650.99 |
| 21 | 01/08/99 | PROFESSIONAL EMPLOYER RESOURCES ACCT NO. 2835773563 | $653.21 |
| 22 | 01/11/99 | PROFESSIONAL EMPLOYER RESOURCES ACCT NO. 2835773563 | $654.28 |
| | | | |

| COUNT | DATE OF TRANSACTION | DESCRIPTION OF COUNTERFEIT CHECK | AMOUNT |
|---|---|---|---|
| 23 | 01/11/99 | PROFESSIONAL EMPLOYER RESOURCES ACCT NO. 2835773563 | $655.37 |
| 24 | 01/11/99 | PROFESSIONAL EMPLOYER RESOURCES ACCT NO. 2835773563 | $656.49 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

*Richard M. Sloan*
FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>GEORGE GOULD</u>   No.: _____

Counts #1-24:   BANK FRAUD
                18 U.S.C. 1344

*Max Penalty:   <u>30 years' imprisonment/$1 million fine.</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  CASE NO. **00-6118**

v.

GEORGE GOULD

**CR-FERGUSON**

**CERTIFICATE OF TRIAL ATTORNEY\***
**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)   Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

**MAGISTRATE JUDGE**
**SNOW**

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)  NO

   List language and/or dialect  _____

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I  | 0 to 5 days    | _X_ | Petty    | ___ |
   | II | 6 to 10 days   | ___ | Minor    | ___ |
   | III| 11 to 20 days  | ___ | Misdem.  | ___ |
   | IV | 21 to 60 days  | ___ | Felony   | _X_ |
   | V  | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No   If yes, was it pending in the Central Region?_ Yes_ No

*Steven R. Petri* (signature)

STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A550048

\*Penalty Sheet(s) attached                                    REV.4/7/99