AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FILED BY _____

SOUTHERN  DISTRICT OF  D.C  FLORIDA

00 MAY 11 PM 3: 24

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA

V.

GEORGE GOULD

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6118**

**CR-FERGUSON**

YOU ARE HEREBY COMMANDED to arrest ___GEORGE GOULD___

Name **MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) BANK FRAUD

in violation of Title __18__ United States Code, Section __1344__

CLARENCE MADDOX                                COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                         Title of Issuing Officer

/s/ Imry Jordan                                 Fort Lauderdale, Florida  -  May 11, 2000
Signature of Issuing Officer                    Date and Location

PSS
Bail fixed at $ 25,000 CSB                      by /s/ Barry S. Seltzer - U.S. Magistrate Judge
with NEBbia                                     BARRY S. SELTZER
                                                Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |