DEFT: George Gould                CASE NO: 00-6118-Cr-Ferguson
AUSA: Duty Bob Dickinson for Petr    ATTNY: Sam Smargon
AGENT: _____                       VIOL: _____
PROCEEDING: Initial appearance     BOND REC: _____
BOND HEARING HELD: yes / no        COUNSEL APPOINTED: _____
BOND SET @ $10,000 PSB

FILED by _____ D.G.
MAY 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: SD/FL
11) Travel extended to: _____
12) ___ Halfway House
___ Electronic Monitoring

A - advised of charge
A - sworn for counsel
A - _____

Reside at current address
No illegal drugs or _____

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 5-30-00  11:00 am  Snow
DATE: 5-15-00  TIME: 11:00 am  TAPE # 00-040  PG # 549

Reset 2:15 pm
3:15 pm

3