# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-Ferguson

UNITED STATES OF AMERICA,
Plaintiff,

v. George Gould
Defendant.

5-15-00
FTL-

ORDER ON INITIAL APPEARANCE

Language _English_
Tape No. _00-040_
AUSA _Nicholson_
Agent _____

The above-named defendant having been arrested on _5-15-00_, having appeared before the court for initial appearance on _5-15-00_, and proceedings having been held in accordance with Rule 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address _____
   Zip Code _____ Telephone _____

2. _Federal Public Defender (Sam Smargon)_ appointed as permanent counsel of record.
   Address _____
   Zip Code _____ Telephone _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 19___.

4. Arraignment/Preliminary/Removal/Identity hearing is set for _held_, 19___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing pursuant to 18 U.S.C. 3142(f), is set for _____, 19___.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   $10,000 PSB

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

   a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.
   b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____
   c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
   d. Maintain or actively seek full-time gainful employment.
   e. Maintain or begin an educational program.
   f. Avoid all contact with victims of or witnesses to the crimes charged.
   g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   h. Comply with the following curfew: _____

SDFL M-1
Rev 12/95

_____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :    At Arrest    _____

                        On Warrant    _____

                        After Hearing    _____ .

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this __15__ day of __May__ , 20__00__ .

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
    WHITE to Court file
    BLUE to defendant
    GREEN to Assistant U.S. Attorney
    YELLOW to Counsel
    PINK to U.S. Marshal
    GOLD to Pretrial Services