

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-Ferguson

UNITED STATES OF AMERICA

vs

George Gould

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-15-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | | |
|---|---|---|
| DEFENDANT: | Address: | SEE BOND |
| | Telephone: | |
| DEFENSE COUNSEL: | Name: | FPD |
| | Address: | |
| | Telephone: | |
| BOND SET/CONTINUED: | $ | 10,000 PSB |

Bond hearing held: yes __X__ no ____ Bond hearing set for _____

Dated this __15__ day of __March__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR / CLERK

By: _____
Deputy Clerk

Tape No. 00-040

cc: Clerk for Judge
    U. S. Attorney