# United States District Court

FILED BY _____ D.C.

SOUTHERN   DISTRICT OF   FLORIDA

00 MAY 11 PM 3: 24

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

FILED by _____ D.C.
MAY 15 2000
CLARENCE MADDOX
S.D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

GEORGE GOULD

TO: The United States Marshal
and any Authorized United States Officer

CASE NUMBER:

**00-6118**

**CR-FERGUSON**

YOU ARE HEREBY COMMANDED to arrest ___ GEORGE GOULD ___

Name **MAGISTRATE JUDGE**
**SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)  BANK FRAUD

in violation of Title __18__ United States Code, Section __1344__

CLARENCE MADDOX
Name of Issuing Officer

_[signature: Amy Jordan]_
Signature of Issuing Officer

Bail fixed at $ 25,000 CSR
with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida - May 11, 2000
Date and Location

by _[signature]_ - U.S. Magistrate Judge
BARRY S. SELTZER
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST |  |  |
|  |  |  |

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _[signature: Amy Jordan]_
        Deputy Clerk
Date May 11, 2000