FILED by D.C.
MAY 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )  Case Number: CR AUB 6/18-CR-
              Plaintiff  )                         FERG.
                         )  REPORT COMMENCING CRIMINAL
        -vs-             )          ACTION
                         )
   George Gerdi          )
        Defendant        )    55299-004

*****************************************************
TO:  Clerk's Office  MIAMI  FT. LAUDERDALE  W. PALM BEACH
     U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE --
*****************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5-15-00              1:30 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1344  Bank Fraud

(4) U.S. Citizen  [√] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 11-18-74

(6) Type of Charging Document: (Check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case #_____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District:  Southern District of FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond:  Seltzer

(7) Remarks: _____

(8) Date: 5-15-00       (9) Arresting Officer: Whitlock

(10) Agency: U.S. Secret Service   (11) Phone: 305-629-1762

(12) Comments: _____