AO 442 (Rev. 12/85) Warrant for Arrest

# *United States District Court*

_____SOUTHERN_____ ___ DISTRICT OF ___ ·· ___ FLORIDA ___ *476 450*

UNITED STATES OF AMERICA ...

V.

GEORGE GOULD

TO: **The United States Marshal**
**and any Authorized United States Officer**

## WARRANT FOR ARREST

**CASE NUMBER:**

**00-6118**

**CR-FERGUSON**

YOU ARE HEREBY COMMANDED to arrest____GEORGE GOULD_____

Name **MAGISTRATE JUDGE**
**SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense) BANK FRAUD

in violation of Title__18__ United States Code, Section__1344_____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

Fort Lauderdale, Florida – May 11, 2000
Date and Location

Bail fixed at $ 25,000 CSB
with cobia

by_____
BARRY S. SELTZER
Name of Judicial Officer

– U S Magistrate
Judge

| RETURN |
|---|

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED 5/11/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/15/2000 | FOR: USSS | Fred DMepompa, SDUSM |

13

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ GEORGE GOULD _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: James Whitlock, U.S. Secret Servce, 305-629-1762 _____

_____