HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
MAY 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __HOPIHER A. BRYAN_____ CASE NO: __99-3-CR-DIMITROULEAS__
AUSA __DAVID WEINSTEIN__ _Thompson_ ATTY __CURT OBRONT__ _pres_
_Disc not out — motions due June 16_
_Disc must be out by June 2_       00-027
                                    C 815

DEFT __TONY ISSA_____ CASE NO: __00-6108-CR-DIMITROULEAS__
AUSA __STEVEN PETRI__ _Thompson_ ATTY __DONNIE MURRELL__ _pres_
_Trial June 16 - disc out_
                                    @ 901

DEFT __GEORGE GOULD_____ CASE NO: __00-6118-CR-FERGUSON__
AUSA __STEVEN PETRI__ _Thompson_ ATTY __FPD - Wilcox__
_Disc out - possible plea_
                                    @ 946

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __MAY 30, 2000_____ TIME __11:00 A.M._____

16