UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6118-CR-FERGUSON/Snow

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GEORGE GOULD
    Defendant.
_____/

## DEFENSE COUNSEL'S NOTICE UNAVAILABILITY

Undersigned counsel for defendant, GEORGE GOULD, hereby gives notice that he will be on annual leave from July 3 through July 10, 2000. Undersigned counsel, therefore, respectfully requests that this Court not set any hearings or other proceedings in this matter between July 3 through July 10, 2000.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Fort Lauderedale, Florida 33301
(954) 356-7436 ext. 112/(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 1st day of June, 2000 to Steven R. Petri, Assistant United States Attorney's Office, 500 East Broward Boulevard, Suite 700, For Lauderdale, Florida 33301.

_____
Daryl E. Wilcox