UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6118-CR-FERGUSON/Snow

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

GEORGE GOULD ,

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Defendant, George Gould, through counsel, respectfully moves for a continuance of the trial in this matter by a period of at least fourteen (14) days, from the currently scheduled trial period beginning July 3, 2000, and in support thereof, states as follows.

1     Defendant was arraigned in this matter on May 15, 2000. This case is currently set for trial during the two week period beginning July 3, 2000  This is the first trial setting in this matter.

2.    Undersigned counsel will be on annual leave/vacation from July 3, 2000 until July10, 2000 and will be unable to begin the trial on this case during the scheduled trial period.

3.    Undersigned counsel has contacted Assistant United States Attorney, Steven Petri, and he does not object to the Court granting this motion.

WHEREFORE, the defendant, George Gould, respectfully requests that the Court continue

the trial of this matter to the two week trial period of July 17, 2000.

Respectfully Submitted

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 1st day of June, 2000 to Steven Petri, Assistant United States Attorney at 500 East Broward Blvd., suite 500, Ft. Lauderdale, FL 33301.

_____
Daryl E. Wilcox