UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-FERGUSON

UNITED STATES OF AMERICA,          :

       Plaintiff,                 :

v.                                 :

GEORGE GOLD,                       :

       Defendant.                 :
_____

**STATUS REPORT**

    A status conference was held in this cause on May 30, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this 31st day of May, 2000.

                                      LURANA S. SNOW
                           UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Steve Petri (FTL)
AFPD Darryl Wilcox (FTL)