SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6118-CR-WYF

DEFENDANT George Gould                JUDGE   WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER          DATE   June 27, 2000

Court Reporter  Paul Haferling        USPO   None

AUSA  DePetri                         Deft's Counsel  Daryl Wilcox, FPD

COUNTS DISMISSED ___ All Others
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

JUN 27 2000

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months    Counts
                         1 day

Supervised Release   3 yrs

Probation    Years    Months    Counts

Comments _____

Assessment $ 100.00                   Fine $  None

Restitution /Other  $13,266.59

**CUSTODY**
___ Remanded to the Custody of the U. S. Marshal Service   ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

22