# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| GEORGE GOULD, (J) 55299-004 | Case Number: 0:00CR06118-001 |
| | Steve Petri, AUSA / Daryl Wilcox, AFPD |

**THE DEFENDANT:**

Defendant's Attorney

[X] pleaded guilty to count(s) __One of the Indictment__

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1344 2 | Did knowingly devise and execute a scheme and artifice to defraud NationsBank/Bank of America | 12/03/1998 | 1 |

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] The defendant has been found not guilty on count(s)   N/A

[X] Count(s)  All Others   are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 11/18/1974
Defendant's USM No.: 55299-004
Defendant's Residence Address:

13270 N.W. 16th Avenue

Miami                FL    33167

Defendant's Mailing Address:

13270 N.W. 16th Avenue

Miami                FL    33167

06/27/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGED**
Name & Title of Judicial Officer

06/28/00
Date

No further action required by the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Fred DePompa SDUSM