PROB 12C
(SD/FL 9/96)



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00CR06118-001 FERGUSON

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:     GOULD, GEORGE

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr.,
U.S. District Judge, Southern District of Florida

Date of Original Sentence:    June 27, 2000

Original Offense:    Did knowingly devise and execute a scheme and artifice to defraud Nations Bank/Bank of America, in violation of Title 18, U.S.C. § 1344 & 2.

Original Sentence:    One (1) day Bureau of Prisons (time served), three (3) years supervised release, $3,266.59 restitution, and a $100 assessment fee.

Type of Supervision: Supervised Release       Date Supervision Commenced: June 27, 2000

Assistant U.S. Attorney:                        Defense Attorney:
Steve Petri                                     Daryl Wilcox

---

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about November 20, 2002, in Dade County, Florida, the supervised releasee was arrested by the Metro-Dade Police Department and charged with Grand Theft 3rd Degree, contrary to Florida Statue 812.014. |



PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63901

**PAGE 2 OF 2**  
**OFFENDER NAME: GOULD, GEORGE**       **CASE NO. 00CR06118-001 FERGUSON**

2.  **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about November 20, 2002, in Dade County, Florida, the supervised releasee was arrested by the Metro-Dade Police Department and charged with Scheme to Defraud contrary to Florida Statue 817.034.

[X]   The term of supervision should be  
 [X]   revoked.  
 []    extended for _ years, for a total term of _ years.

[]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by  *Kurt Alexander*

Kurt J. Alexander  
U.S. Probation Officer  
Phone: (305) 808-6465  
Date: January 6, 2003

---

THE COURT ORDERS:

[ ]   No Action  
[ ]   The Issuance of a Warrant  
[X]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

02/19/03  
_____  
Date