## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: GEORGE GOULD (summons)  CASE NO: 00-6118-CR-Ferguson
AUSA: Duty *Washington*  ATTY: *Sam Smarger*
AGENT: USPO: Kurt Alexander  VIOL:
PROCEEDING: Violation of Supervised Release  RECOMMENDED BOND: FPD
BOND HEARING HELD: yes  COUNSEL APPOINTED:
BOND SET @: 50,000 PSB  To be cosigned by:

FILED by D.C. MAR 12 2003 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

☑ Do not violate any law.
☑ Appear in court as directed.
☑ Surrender and / or do not obtain passports / travel documents.
☑ Rpt to PTS as directed / or USPO — x's a week/month by phone; x's a week/month in person. *to be released to USPO*
☑ Random urine testing by Pretrial Services. USPO
   Treatment as deemed necessary.
☑ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☑ No firearms.
☑ *No excessive alcohol or illegal drugs*
☐ Curfew:
☐ Travel extended to:
☑ Home detention
☐ Halfway House

*Advised of charges*

*$50 into registry w/in 30 days*

*final hrg to be set before Judge Ferguson*

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 3-12-03  TIME: 11:00am  FTL/BSS TAPE # 03-015  Begin: 3094  End: 549
*and 03-016 re-call 295*

26