UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-Ferguson

UNITED STATES OF AMERICA

            O R D E R

vs

GEORGE GOULD

    X__/ Appointing Counsel
    ___/ Ratifying Prior Service
    ___/ Extending Appointment for Appeal
    ___/ Substituting Counsel

_____
(prior counsel)

CHARGE: VIOLATION OF SUPERVISED RELEASE

__/Felony      ___/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

    Federal Public Defender
    1 E. Broward Boulevard, Suite 1100
    Ft. Lauderdale, FL 33301
    Phone: 954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 12 day of MARCH, 2003.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    ~~Pretrial Services~~ PROB

**United States District Court**
Southern District of Florida
299 E. Broward Boulevard
Suite 207B
Ft. Lauderdale, Florida 33301

Wilkie D. Ferguson, Jr.
   District Judge

March 3, 2003

## NOTICE TO ATTORNEYS AND LITIGANTS

     Please be advised that effective <u>Monday, March 3, 2003</u>, the chambers of Judge Wilkie D. Ferguson, Jr. will fully implement and utilize the Court's FAXBACK program. The Clerk's office will fax orders, notices, and judgments to all counsel of record and *pro se* parties who have provided their fax number to the Court. In the event a party does not have a fax machine, the Clerk's office will send the orders, etc. via U.S. Mail. If you have a fax machine but have not been receiving your orders by fax, please complete the attached application and return it to the Clerk's office via fax or U.S. Mail.

    **THE FAXBACK PROGRAM ELIMINATES THE NEED TO SUBMIT STAMPED, SELF-ADDRESSED ENVELOPES.**

    <u>**ALL FILINGS AND PROPOSED ORDERS**</u>**, AS OF MONDAY, MARCH 3, 2003, MUST INCLUDE A <u>COMPLETE AND CURRENT</u> SERVICE LIST ON A SEPARATE PAGE WITH THE FOLLOWING INFORMATION FOR EACH PARTY:**

Name of Attorney or *Pro Se* Party
Firm Name
Mailing Address
Phone Number
Fax Number
Bar Number
Counsel for _____

    Thank you for your cooperation. For more information, please call (305) 523-5212.