UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 00-6118-CR-Ferguson

vs.

GEORGE GOULD

_____/

ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of $ 50.00 on or before April 12, 2003 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). It is further ORDERED that a status conference on reimbursement will be held on April 14, 2003 at 11:00 a.m.

DONE AND ORDERED at Ft. Lauderdale, Florida this 12th day of March, 2003.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    Federal Public Defender
    Probation
    Defendant
    Financial Section



**United States District Court**
Southern District of Florida
299 E. Broward Boulevard
Suite 207B
Ft. Lauderdale, Florida 33301

Wilkie D. Ferguson, Jr.
District Judge

March 3, 2003

## NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective <u>Monday, March 3, 2003</u>, the chambers of Judge Wilkie D. Ferguson, Jr. will fully implement and utilize the Court's FAXBACK program. The Clerk's office will fax orders, notices, and judgments to all counsel of record and *pro se* parties who have provided their fax number to the Court. In the event a party does not have a fax machine, the Clerk's office will send the orders, etc. via U.S. Mail. If you have a fax machine but have not been receiving your orders by fax, please complete the attached application and return it to the Clerk's office via fax or U.S. Mail.

**THE FAXBACK PROGRAM ELIMINATES THE NEED TO SUBMIT STAMPED, SELF-ADDRESSED ENVELOPES.**

<u>**ALL FILINGS AND PROPOSED ORDERS**</u>, AS OF MONDAY, MARCH 3, 2003, MUST INCLUDE A <u>**COMPLETE AND CURRENT**</u> SERVICE LIST ON A SEPARATE PAGE WITH THE FOLLOWING INFORMATION FOR EACH PARTY:

Name of Attorney or *Pro Se* Party
Firm Name
Mailing Address
Phone Number
Fax Number
Bar Number
Counsel for _____

Thank you for your cooperation. For more information, please call (305) 523-5212.