UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-FERGUSN

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

GEORGE GOULD,  :

    Defendant.  :
_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this _____ day of March, 2003 to the United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Mr. Kurt Alexander, United States Probation Office, 330 Biscayne Blvd., Suite 410, Miami, Florida 33132-2220.

_____
Neison M. Marks

S:\Marks\Gould\ASSIGN