# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: GEORGE GOULD (B)     CASE NO: 00-6118-CR-Ferguson

AUSA: _____     ATTY: FPD _[signature]_ for Mark

AGENT: _____     VIOL: _____

PROCEEDING: STATUS RE PARTIAL INDIGENCE     RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no     COUNSEL APPOINTED: _____

BOND SET @: _____     To be cosigned by: _____

FILED by ___ D.C.
INTAKE
APR 14 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

Δ -- needs more time / reset

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:     PLACE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONF: partial indigence 5-13-03 11:00am BSS ✓

DATE: 4-17-03    TIME: 11:00am    FTL/BSS TAPE # 03- 028    Begin: 2957    End: _____

31