UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-FERGUSON



UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

GEORGE GOULD,  :

    Defendant.  :
_____/

### NOTICE OF REASSIGNMENT

The above captioned case has been reassigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Chantel R. Doakes
  Assistant
Federal Public Defender
Federal Bar No. A5500578
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 21st day of April, 2003, to the United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and Kurt Alexander, United States Probation at 330 Biscayne Blvd., Suite 410, Miami, FL 33132.

_____
Chantel R. Doakes