# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, ~~FLORIDA~~

DEFT: GEORGE GOULD (B)  CASE NO: 00-6118-CR-Ferguson
AUSA: S. Behnke  ATTY: FPD: Neison Marks
AGENT: _____  VIOL: Present
PROCEEDING: STATUS RE PARTIAL INDIGENCE  RECOMMENDED BOND: _____
BOND HEARING HELD - yes / no  COUNSEL APPOINTED: _____
BOND SET @: _____  To be cosigned by _____

FILED by _____ D.C.
INTAKE
MAY 13 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*This matter is re-set until June 2, 03 @ 11:00 A.M. at the request of the deft.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: *partial* | 6-2-03 | 11:00 | BSS | |

DATE: 5-13-03   TIME: 11:00am   FTL/BSS TAPE # 03- 40   Begin: 486   End: ____

33