UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE GOULD,

    Defendant.

NOTICE OF HEARING



FILED by _____ D.C.
JUN 11 2003
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    PLEASE TAKE NOTICE that the above-styled cause has been set for a final hearing on a violation of supervised release, before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida, on **Tuesday, July 8, 2003, at 10:45 a.m.**

    DATED at Miami, Florida this 11th day of June, 2003.

CLARENCE MADDOX, Clerk

By /s/ Susan King
Courtroom Deputy

copies provided:

Steve Petri, AUSA (MIA)
Daryl Wilcox, AFPD (Ft. Lauderdale)
Kurt Alexander, USPO

JUN 13 2003

Rec'd in ___ ___