

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              **RE-NOTICE OF HEARING**

GEORGE GOULD,

    Defendant.
_____/

    PLEASE TAKE NOTICE that the above-styled cause has been reset for a final hearing on a violation of supervised release, before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida, on **Monday, August 11, 2003, at 9:15 a.m.**

    DATED at Miami, Florida this 20th day of June, 2003.

                                  CLARENCE MADDOX, Clerk

                              By _____
                                  Courtroom Deputy

copies provided:

Steve Petri, AUSA (MIA)
Chantel Doakes, AFPD (Ft. Lauderdale)
Kurt Alexander, USPO

