UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE GOULD,

    Defendant.



FILED by ___ D.C.

JUL 1 0 2003

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**RE-NOTICE OF HEARING**

    PLEASE TAKE NOTICE that the above-styled cause has been reset for a final hearing on a violation of supervised release, before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida, on **Wednesday, October 15, 2003, at 9:00 a.m.**

    DATED at Miami, Florida this 10th day of July, 2003.

               CLARENCE MADDOX, Clerk

By _____
    Courtroom Deputy

copies provided:

Hugo Black, AUSA (MIA)
Chantel Doakes, AFPD (Ft. Lauderdale)
Kurt Alexander, USPO

