HLB/hlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6118-Cr-Moore

NIGHT BOX FILED
AUG - 5 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA

v.

GEORGE GOULD,

        Defendant.
_____/

### GOVERNMENT'S NOTICE OF REASSIGNMENT

The United States of America hereby gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Hugo L. Black III.

        Respectfully submitted,

        MARCOS DANIEL JIMENEZ
        UNITED STATES ATTORNEY

By: _____
    HUGO L. BLACK III
    Assistant United States Attorney
    Florida Bar Number 0053074
    99 N.E. 4th Street, # 400
    Miami, FL 33132-2111
    (305) 961-9028
    Fax: (305) 530-6168
    E-mail: hugo.black@usdoj.gov



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this day, August 5, 2003, to:

Chantel Doakes (attorney for defendant Gould)
Assistant Federal Public Defender
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Fax: (954) 356-7556

Kurt Alexander
United States Probation Office
330 Biscayne Boulevard, Suite 410
Miami, Florida 33132-2220
Fax: (305) 530-7653.

HUGO L. BLACK III
Assistant United States Attorney