UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



03 SEP 22 AM 2:55

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 00-6118-CR-MOORE |
| Plaintiff, | (Probation Case) |
| vs. | |
| GEORGE GOULD | MOTION FOR SUBSTITUTION OF COUNSEL |
| Defendant. _____/ | |

COMES NOW GEORGE GOULD, the defendant, through counsel, and files this Motion For Substitution Of Counsel, stating as good grounds the following:

1. This case is presently set before the Court for Probation Violation Hearing, November 13, 2003, 9:00 A.M..;

2. The undersigned represents the defendant in the related State case, which is the basis for the probation violation alleged. (State of Florida v. George Gould, F02-34372, Judge Leonard Glick, Trial: October 14, 2003, 9:30 A.M.). The undersigned is already very knowledgeable as to the underlying facts of this case, so that granting this substituion of counsel will in no way delay these proceedings.

Dated: September 19, 2003.

> Respectfully submitted,
>
> LAW OFFICES OF KEN LANGE
> 1125 N.E. 125th Street, Suite 301
> North Miami, Fl. 33161
> (305) 892-0030
> Fla. Bar No. 258271
>
> By: _____
>        KEN LANGE

LAW OFFICES OF KEN LANGE
1125 N.E. 125th Street • Suite 301 • North Miami, Florida 33161
(305) 892-0030 • 24 Hours: (305) 751-5966

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that this Motion For Substitution of Counsel, pages 1-2, was mailed to assigned Assistant U.S. Attorney Hugo Black and mailed to formerly-assigned Assistant Federal Public Defender Shantal Doacks; original & copy(with self-addressed, stamped return envelopes) to the Office of the Clerk, United States District Court, 301 N. Miami Avenue, Miami, Fl. 33128, all occuring September 19, 2003.

_____
KEN LANGE

LAW OFFICES OF KEN LANGE
1125 N.E. 125th Street • Suite 301 • North Miami, Florida 33161
(305) 892-0030 • 24 Hours: (305) 751-5966