UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                **ORDER**

GEORGE GOULD,

    Defendant.

_____/



FILED by _____ D.C.

SEP 2 4 2003

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    THIS MATTER came before the Court on the Defendant's Motion for Substitution of Counsel.

    The Court having considered the record, it is

    ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED, and Ken Lange Esq., is substituted as counsel for the Defendant.

    DONE AND ORDERED in Miami, Florida, this 24th day of September, 2003.

                                      _____
                                      K. MICHAEL MOORE
                                      UNITED STATES DISTRICT JUDGE

Copies provided:

Hugo Black, AUSA (MIA)
Ken Lange, Esq.
Chantel Doakes, AFPD (Ft. Lauderdale)
Kurt Alexander, USPO