UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),
vs.

GEORGE GOULD,

    Defendant(s).
_____/

### RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on a violation of supervised release scheduled for November 13, 2003 at 9:00 a.m. has been rescheduled. The hearing will be held before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida on **Tuesday, February 3, 2003 at 9:00 a.m.** On hour has been set aside.

                          **CLARENCE MADDOX, Clerk of Court**

                          By: _____
                               Robin Godwin, Courtroom Deputy
                               Tel: 305-523-5165

copies furnished to:

Hugo Black, AUSA (MIA)
Ken Lange, Esq., AFPD
Kurt Alexander, USPO

