UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

GEORGE GOULD,

    Defendant(s).

_____/

FILED by RG D.C.
JAN 1 4 2004
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on a violation of supervised release scheduled for February 3, 2004 at 10:00 a.m. has been rescheduled. The hearing will be held before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida on **Monday, March 29, 2003 at 9:00 a.m.** One full day has been set aside pursuant to counsels' request.

CLARENCE MADDOX, Clerk of Court

By: _____
Robin Godwin, Courtroom Deputy
Tel: 305-523-5165

copies furnished to:

Hugo Black, AUSA (MIA)
Ken Lange, Esq., AFPD
Kurt Alexander, USPO

