UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),
vs.

**GEORGE GOULD,**

    Defendant(s).
_____/



### RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on a violation of supervised release scheduled for March 29, 2004 at 9:00 a.m. has been rescheduled. The hearing will be held before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida beginning **Monday, May 17, 2004 at 9:00 a.m.** Two days have been set aside for this hearing.

                                                  **CLARENCE MADDOX, Clerk of Court**

                            By: _____
                                 Robin Godwin, Courtroom Deputy
                                 Tel: 305-523-5165

copies furnished to:

Hugo Black, AUSA (MIA)
Ken Lange, Esq., AFPD
Kurt Alexander, USPO

