UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

GEORGE GOULD,

    Defendant(s).
_____/



### RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on a violation of supervised release scheduled for March 29, 2004 at 9:00 a.m. has been rescheduled. The hearing will be held before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida beginning **Monday, May 17, 2004 at 9:00 a.m.** Two days have been set aside for this hearing.

Dated this 1st day of April, 2004.

                                          CLARENCE MADDOX, Clerk of Court

                                          By: _____
                                              Robin Godwin, Courtroom Deputy
                                              Tel: 305-523-5165

copies furnished to:

Hugo Black, AUSA (MIA)
Ken Lange, Esq.
Kurt Alexander, USPO

