**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6118-CR-MOORE**

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**GEORGE GOULD,**

      Defendant(s).

_____/



FILED by _____ D.C.

APR  9 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### <u>RE-NOTICE OF HEARING</u>

      PLEASE TAKE NOTICE that the hearing on a violation of supervised release scheduled for May 17 & 18, 2004 at 9:00 a.m. has been rescheduled. The hearing will be held before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida beginning **Tuesday, August 10 and 11, 2004 at 9:00 a.m.** Two days have been set aside for this hearing.

                               **CLARENCE MADDOX, Clerk of Court**

                               By: _____ 4-9-04

                               Robin Godwin, Courtroom Deputy
                               Tel: 305-523-5165

copies furnished to:

Hugo Black, AUSA (MIA)
Ken Lange, Esq.
Kurt Alexander, USPO