UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

GEORGE GOULD,

    Defendant(s).
_____/

FILED by __R.G.__ D.C.

JULY 20, 2004

CLARENCE MADDOX
CLERK U S DIST CT
S D OF FLA

### RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on a violation of supervised release scheduled for August 10 and 11, 2004 at 9:00 a.m. has been rescheduled. The hearing will be held before the Honorable K. Michael Moore, United States District Judge, at the James Lawrence King Federal Justice Building, Courtroom 3, 11th Floor, 99 N.E. 4th Street, Miami, Florida beginning **October 20 and 21, 2004 at 9:00 a.m.** Two days have been set aside for this hearing.

                              CLARENCE MADDOX, Clerk of Court

                              By: _____
                                  Robin Godwin, Courtroom Deputy
                                  Tel: 305-523-5165

copies furnished to:

Hugo Black, AUSA (MIA)
Ken Lange, Esq.
Kurt Alexander, USPO

