**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6118-CR-MOORE**

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**GEORGE GOULD,**

      Defendant(s).

_____/

> FILED by ___R.G.___ D.C.
>
> **October 20, 2004**
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA.

## ORDER GRANTING DEFENSE COUNSEL'S ORE TENUS MOTION TO WITHDRAW AND REFERRING MOTION FOR APPOINTMENT OF PUBLIC DEFENDER FOR APPEAL TO MAGISTRATE JOHN J. O'SULLIVAN

THIS MATTER is before the Court on Defense Counsel's Ore Tenus Motion to Withdraw and for Appointment of Counsel for Appeal purposes. The Court inquired of Counsel as to fee arrangement between the defendant and retained counsel. This Court found the attorney's fees charged were reasonable, and that continued representation of this defendant would constitute a hardship for this attorney. It is therefore

ORDERED AND ADJUDGED that the Court hereby grants attorney Ken Lange's motion to withdraw as counsel for defendant. Further,

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to United States Magistrate John J. O'Sullivan to take all necessary and proper action as required by law and/or to determine the defendant's indigent status and if appropriate, appoint counsel for appeal.

DONE AND ORDERED in Chambers, at Miami, this 20th day of October, 2004.

**K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE**

copies furnished to:

Hon. John J. O'Sullivan
Hugo Black, AUSA (MIA)
Ken Lange, Esq.
Federal Public Defenders Office
Kurt Alexander, USPO

