UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),
vs.

GEORGE GOULD,

    Defendant(s).
_____/

```
FILED by   R.G.    D.C.

October 20, 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.
```

**COURT MINUTES**
Date: October 20, 2004

| | |
|---|---|
| TYPE OF HEARING: | Supervised Release Violation |
| PLAINTIFF'S COUNSEL: | Hugo Black, AUSA |
| DEFENSE COUNSEL: | Ken Lange, Esq. |
| INTERPRETER: | None |
| CLERK: | Robin Godwin |
| REPORTER: | Paul Hafferling |
| PROCEEDINGS AT HEARING: | Witnesses Daryl Harris and Kip McCoy testify. Counsel summarize testimony, positions and make requests in closing. |
| | Court finds supervised release to be violated; supervised release is **revoked**; Defendant is committed to Bureau of Prisons for a term of 24 months; upon release from prison, defendant shall be on supervised release for a term of 36 months. While on Supervised Release, defendant shall refrain from entering the premises of TJMax, Marshals, or any Home Goods store. Restitution in the amount of $12,635.21. |
| | After inquiry, Court grants defense counsel's ore tenus motion for appointment of Public Defender as counsel for appeal |

