UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CR-MOORE

UNITED STATES OF AMERICA,

vs.

GEORGE GOULD
#55299-004,

    Defendant.
_____/

FILED by __R.G.__ D.C.

October 20, 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER REVOKING SUPERVISED RELEASE

THIS CAUSE came before the Court for hearing on October 20, 2004, on a violation of supervised release.

The Court having considered the record and having heard testimony from witnesses and argument of counsel, it is

ORDERED AND ADJUDGED that the Defendant violated his supervised release and Defendant's sentence of supervised release is hereby **REVOKED**. The Defendant is hereby remanded and committed to the custody of the Bureau of Prisons for a term of TWENTY FOUR (24) MONTHS.

Upon release from imprisonment the Defendant shall be on supervised release for a term of THIRTY SIX (36) MONTHS.

The Defendant shall pay restitution in the amount of TWELVE THOUSAND SIX HUNDRED THIRTY FIVE DOLLARS AND TWENTY ONE CENTS ($12,635.21)

In addition to the standard conditions while on supervised release, the defendant shall refrain from entering the premises of any T.J. Max, Marshals or Home Goods store.

DONE AND ORDERED in Chambers, at Miami, this 20th day of October, 2004.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:

Hugo Black, AUSA (MIA)
Ken Lange, Esq.
Kurt Alexander, USPO (1 cert copy)

