UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6118-CR-MOORE/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff

vs

GEORGE JEAN GOULd,
  Reg.#55299-004
    Defendant.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: ANY UNITED STATES MARSHAL and
   WARDEN, __FDC, MIAMI, FLORIDA__

  It appearing that the defendant in the above case, **GEORGE JEAN GOULD** is confined at the **FDC,, MIAMI, FLORIDA** and that this case is set for **MOTION HEARING at 10:00 A.M.** on **OCTOBER, 26, 2004,** at the **United States Courthouse, 300 N.E. 1st Avenue, SOUTH COURTROOM Miami, Florida**, before the undersigned, and that it is necessary for said defendant to be before this Court for said proceeding;
  **NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said **GEORGE JEAN GOULD** now in custody as aforesaid, under safe and secure conduct, before this Court at **300 N.E. 1st Avenue, SOUTH COURTROOM Miami, Florida** by or before **10:00 A.M.** on **OCTOBER 26, 2004,** and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.
  And this is to command you, the Warden of the **FDC, MIAMI, FLORIDA** to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said witness for safe and secure conduct to this district for the purpose aforesaid.
  DONE AND ORDERED at Miami, Florida, this 21 day of OCTOBER, 2004.

               _____
               JOHN J. O SULLIVAN
               UNITED STATES MAGISTRATE JUDGE

c: Honorable Judge Moore