HEARING: TUESDAY, OCTOBER 26, 2004
10:00 A.M.(Duty Magistrate
Judge O'Sullivan)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      Plaintiff,

vs.

GEORGE GOULD

      Defendant.
_____/

CASE NO. 00-6118-CR-MOORE

RENEWED MOTION FOR COURT TO APPOINT
THE OFFICE OF THE PUBLIC DEFENDER FOR APPEAL

      COMES NOW GEORGE GOULD, the defendant, through counsel, and files this Renewed Motion For Court To Appoint The Office Of The Public Defender For Appeal, stating as good grounds the following:

      1. On October 20, 2004, after violation of supervised release hearing, the district court found the defendant in violation, sentencing him to 24 months imprisonment to be followed by 3 years of supervised release and restitution of in excess of $12,000.00. In Court after hearing, the undersigned orally motioned the court to appoint the Office of the Public Defender for purposes of appeal. As per Eleventh Circuit rule, the undersigned stated he was paid $2,000.00 for his fee including all expenses for representing the defendant in this matter(over a period of almost 2 years). The court immediately granted the undersigned's oral motion and appointed the Office of the Public Defender for appeal;

      2. On October 21, 2004, the undersigned received a call from the Magistrate Clerk's Section informing the undersigned the matter has now been referred to the duty Magistrate Judge(O'Sullivan) for fact finding and hearing: Tuesday, October 26, 2004, 10:00 A.M.;

      3. The undersigned renews his motion for appointment of the Office of the Public Defender to handle this appeal. (The undersigned's representation in this matter was strictly understood to be only for purposes of this supervised release hearing).

LAW OFFICES OF KEN LANGE
1125 N.E. 125th Street • Suite 301 • North Miami, Florida 33161
(305) 892-0030 • 24 Hours: (305) 751-5966

- 2 -

Dated: October 22, 2004.

Respectfully submitted,

LAW OFFICES OF KEN LANGE
1125 N.E. 125th Street, Suite 301
North Miami, Fl. 33161
(305) 892-0030
Fla. Bar No. 258271

By: _____
KEN LANGE

CERTIFICATE OF SERVICE

I hereby certify a cooy of this Renewed Motion For Court To Appoint

The Office Of The Public Defender For Appeal, pages 1-2, was FAXED to AUSA

Hugo Black; original and Court's copy hand-delivered to the Office of the Clerk,

October 25, 2004.

_____
KEN LANGE