PAID ✓
In Forma Pauperis No

UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO: 00-6118-CR-Moore

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE GOULD,

    Defendant.
_____/



REC'D by _____ D.C.
APPEAL
OCT 27 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

NIGHT BOX FILED
OCT 25 2004
CLARENCE MADDOX
USDC / SDFL / MIA

### NOTICE OF APPEAL

Notice is hereby given that George Gould, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Revoking Supervised Release and sentence entered in this action on the 20th day of October, 2004.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    Federal Public Defender

By: _____
    Margaret Y. Foldes
    Assistant Federal Public Defender
    Florida Bar No. 083674
    150 West Flagler Street, Suite 1700
    Miami, Florida 33130
    Tel: 305-530-7000/Fax: 305-536-4559
    E-Mail Address: margaret_foldes@fd.org



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by mail this 26th day of October, 2004, upon Anne Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_____
Margaret Y. Foldes