UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6118-CR-M/rule

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

George Soued

    Defendant.

--------------------------------

**ORDER APPOINTING**

**FEDERAL PUBLIC DEFENDER**

The above named defendant having testified under oath or provided appropriate financial affidavit that he or she is financially unable to employ counsel but wishes to be represented by counsel, it thereupon

**ORDERED AND ADJUDGED** that the Federal Public Defender for the Southern District of Florida is appointed to represent this defendant for all proceedings in this case unless relieved by Court Order.

**DONE AND ORDERED** at Miami, Florida this 26 day of Oct, 2004.

TAPE NO. 04A 58-1991

c:AUSA — B greenby
FPD
Pretrial Services
U.S. Marshal

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE