# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-6118-CR-MOORE/O'SULLIVAN

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.

GEORGE GOULD,

      **Defendant.**

_____/

```
FILED by _____ D.C.
MAG. SEC.

   OCT 2 6 2004

  CLARENCE MADDOX
 CLERK U.S. DIST. CT.
 S.D. OF FLA.   MIAMI
```

## ORDER

This matter came before the Court pursuant to the Defendant's Renewed Motion for Court To Appoint the Office of the Federal Public Defender for Appeal, filed on October 25, 2004, (Docket #52). The Court having inquired of the defendant, and having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED, that the Defendant's Renewed Motion is GRANTED.

ORDERED AND ADJUDGED, that the Federal Public Defender's Office, Museum Tower Office Building 150 West Flagler Street, Suite 1500, Miami, Florida 33130 is appointed to represent the defendant for purposes of appeal.

DONE AND ORDERED, in Chambers, at Miami, Florida, this *26* day of October 2004.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Moore

