# UNITED STATES DISTRICT COUR
## Southern District of Florida

CLARENCE MADDOX
Clerk of Court

Appeal Section
305-523-5080

*[Stamps: U.S. COURT OF APPEALS RECEIVED CLERK NOV 01 2004 ATLANTA, GA; UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA; REC'D by APPEALS NOV 0 8 2004 D.C.]*

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Date: October 27, 2004

IN RE:    District Court No.: 00-6118-CR-KMM    U.S.C.A. No.: **04-15653**

Style: USA v. GEORGE GOULD

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **x** | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| **x** | First Notice of Appeal:   YES |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings;   _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| ___ | There was no hearing from which a transcript could be made. |
| ___ | Copy of CJA form appointing counsel enclosed. |
| ___ | The following materials were SEALED in this court (order enclosed): |
| **x** | The appellate docket fee has been paid   NO |
| | Date paid   FEE NOT REQUIRED (FPD)   Receipt No. _____ |
| ___ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| **x** | The Judge or Magistrate appealed from is:   K. MICHAEL MOORE |
| **x** | The Court Reporter(s):   VACANT |
| ___ | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| ___ | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: *[signature]*
Deputy Clerk

c:    court file

5/99

| ☑ 301 N. Miami Avenue Room 150 Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 South Sixth Street Ft. Pierce, FL 34950 561-595-9691 |