REC'D by H.H. D.C.
APPEALS
JAN 1 4 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

FILED by ___ D.C.
T. REP.
JAN 1 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,                )    Case No. 00-6118-Cr-KMM
                                 )
vs.                              )    Fort Lauderdale, Florida
                                 )    June 27, 2000
GEORGE GOULD,                    )    Tuesday
                                 )
        Defendant.                )
_____)


TRANSCRIPT OF CHANGE OF PLEA & SENTENCING
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.


APPEARANCES:


FOR THE GOVERNMENT:              STEVE PETRI, AUSA


FOR THE DEFENDANT:               DARYL WILCOX, ESQ.



COURT REPORTER:                  PAUL HAFERLING