```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION


UNITED STATES OF AMERICA,          Case No. 00-6618-CR-KMM


          Plaintiff,
vs.
                                   MIAMI, FLORIDA
                                   October 20, 2004

GEORGE GOULD,


          Defendant.
_____

                     TRANSCRIPT OF HEARING
              BEFORE THE HONORABLE K. MICHAEL MOORE
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:                HUGO BLACK, ESQ.
                                   Assistant U.S. Attorney


FOR THE DEFENDANT:                 KENNETH LANGE, ESQ.


COURT REPORTER:                    Paul Haferling
```