# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 03, 2005

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

FILED by _____ D.C.
APPEALS
MAR 0 8 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**Appeal Number: 04-15653-II**
Case Style: USA v. George Gould
District Court Number: 00-06118 CR-KMM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Dumas (404) 335-6178

Encl.

DIS-4 (3-2003)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

04-15653-II



UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

GEORGE GOULD,

                              Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: HULL and WILSON, Circuit Judges.

BY THE COURT:

Appellant's unopposed motion to dismiss this appeal with prejudice is GRANTED. Appellant's counsel is directed to serve Appellant with a copy of this order.